JULIA MENEKE, Respondent, v. THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued February 7, 1893; decided February 28, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 11, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Samuel Blythe Rogers*, for appellant.

*George J. Greenfield*, for respondent.

Agree to affirm; no opinion.
All concur, except FINCH and GRAY, JJ., dissenting.
Judgment affirmed.